Thomas Lether, OSB #101708
Eric J. Neal, OSB #110268
Lether & Associates, PLLC
3316 Fuhrman Ave E, Ste. 250
Seattle, WA  98102
T: 206.467.5444
F: 206.467.5544
tlether@letherlaw.com
eneal@letherlaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, a foreign insurer,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARION CONSTRUCTION COMPANY, an Oregon corporation; R2M2 REBAR & STRESSING, INC., an Oregon corporation; SAFEWAY, INC., a California corporation.<br><br>　　　　　Defendants. | No. 3:14-cv-00127-ST<br><br>**CORPORATE DISCLOSURE STATEMENT OF THE TRAVELERS INDEMNITY COMPANY** |

　　　　COMES NOW, The Travelers Indemnity Company, by and through its attorneys, and submits the following Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

　　　　The Travelers Indemnity Company is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100%

CORPORATE DISCLOSURE STATEMENT - 1
S:\FILES\Marion Construction 13114\Pleadings\140127 - Corporate Disclosure Statement.docx

LETHER & ASSOCIATES PLLC.
3316 FUHRMAN AVE. E., STE 250
SEATTLE, WASHINGTON  98102
P: (206) 467-5444  F: (206) 467-5544

owned by The Travelers Companies, Inc.  The Travelers Companies, Inc. is the only publicly held company in the corporate family.  No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

DATED this 27th day of January, 2014.

          **LETHER & ASSOCIATES, PLLC**

          */s/ Eric J. Neal*
          Thomas Lether, OSB #101708
          Eric J. Neal, OSB #110268
          3316 Fuhrman Ave. E., Suite 250
          Seattle, WA 98102
          Telephone: (206) 467-5444
          Facsimile: (206) 467-5544
          tlether@letherlaw.com
          eneal@letherlaw.com
          *Attorneys for Plaintiff The Travelers Indemnity Company*

CORPORATE DISCLOSURE STATEMENT - 2
S:\FILES\Marion Construction 13114\Pleadings\140127 - Corporate Disclosure Statement.docx

LETHER & ASSOCIATES PLLC.
3316 FUHRMAN AVE. E., STE 250
SEATTLE, WASHINGTON  98102
P: (206) 467-5444  F: (206) 467-5544