**Eileen I. McKillop**, Oregon Bar No. 085599
mckillope@lanepowell.com
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7087
Facsimile: 206.223.7107
*Attorneys for Defendant Safeway, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>MARION CONSTRUCTION COMPANY, an Oregon corporation; R2M2 REBAR & STRESSING, INC., an Oregon corporation; SAFEWAY, Inc., a California corporation,<br><br>Defendants. | Case No. 3:14-CV-00127-BR<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF DEFENDANT SAFEWAY, INC. |

## ORDER

Based on the foregoing stipulation, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff Travelers Indemnity Company's claims against Defendant Safeway, Inc. are hereby dismissed without prejudice and without an award of costs or attorneys' fees to any party.

DATED this 24th day of July, 2014.

_____
ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING DEFENDANT SAFEWAY, INC. - 1

008501.0031/6073178.1

LANE POWELL PC

By: /s/ Eileen I. McKillop
Eileen I. McKillop, OSB No. 085599
Attorneys for Defendant Safeway, Inc.

LETHER & ASSOCIATES PLLC

By: /s/ Thomas Lether
Thomas Lether, OSB No. 101708
Eric J. Neal, OSBA 110268
Attorneys for Plaintiff Travelers Indemnity Company

ORDER DISMISSING DEFENDANT SAFEWAY, INC. - 2

008501.0031/6073178.1